IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMETHA GLEN, et al., | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:13-CV-3670-WSD |
| GALARDI SOUTH ENTERPRISES, INC., et al. | |
| Defendants. | |

## ORDER

This motion is before the Court on the parties' joint motion to dismiss certain claims from this action for want of prosecution under Rule 41(b). For the reasons set forth in the motion and for good cause shown, the motion is **GRANTED**. Accordingly, all claims plaintiffs Christina Cruz, Nafessa Hill, Keyarra Johnson, Derricka Whitaker, Seleta Staton, Christine Rybka and Daja Carlysle assert in this action are hereby dismissed *without prejudice*. Defendant Trop, Inc.'s counterclaims are dismissed as to these plaintiffs *without prejudice*.

**SO ORDERED**, this 3rd day of September, 2015.

_____
WILLIAM S. DUFFEY JR., JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA