# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-03670-WSD
### Glen et al v. Galardi South Enterprises, Inc. et al
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Chambers on 09/03/2015.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 10:10 A.M.    COURT REPORTER: Nick Marrone
TIME IN COURT: 00:35                 DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Akemon representing Sidnei Davis<br>Stephen Brown representing Galardi South Enterprises, Inc.<br>Andrew Coffman representing Sametha Glen<br>Dean Fuchs representing Galardi South Enterprises, Inc.<br>Harlan Miller representing Sametha Glen |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [117]Motion to Dismiss for Failure to State a Claim DENIED AS MOOT<br>[137]Motion for Miscellaneous Relief GRANTED |
| MINUTE TEXT: | Teleconference - The parties are to discuss whether named plaintiff Sidnei Davis will remain a named plaintiff, or become an opt-in plaintiff. The parties are further to discuss whether counsel will move to substitute a named plaintiff to replace Crystal Morris. The parties are also to present a proposal for the structure and schedule for briefing of the employee/independent contractor issue. The parties should report on these matters on or before 5:00 pm, Tuesday, September 9, 2015. |
| HEARING STATUS: | Hearing Concluded |