IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMETHA GLEN et al., | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:13-cv-03670-WSD |
| GALARDI SOUTH ENTERPRISES, INC., et al., | |
| Defendants. | |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

The Parties in the above-styled action hereby notify the Court that they have reached a tentative settlement in this matter. The Parties have agreed on a settlement amount and are currently negotiating additional terms. Once they have reached an agreement on all material terms, they will submit a motion for approval of their settlement to the Court, which they plan to submit by December 18, 2015. In order to facilitate the remaining negotiations and completion of this settlement, the Parties respectfully request that the case be stayed, pending submission of their motion for approval or, in the alternative, notification that negotiations have failed.

Respectfully submitted, this 16th day of November, 2015.

-2-

| | |
|---|---|
| s/John L. Mays | s/ Dean R. Fuchs |
| John L. Mays | Dean R. Fuchs |
| Georgia Bar No. 986574 | Georgia Bar No. 279170 |
| James Craig | |
| Georgia Bar No. 940586 | SCHULTEN WARD & TURNER, LLP |
| Dustin Crawford | |
| Georgia Bar No.758916 | 260 Peachtree Street, NW |
| | Suite 2700 |
| MAYS & KERR LLC | Atlanta, GA 30303 |
| 235 Peachtree Street NE | (404)688-6800 telephone |
| North Tower ~ Suite 202 | drf@swtlaw.com |
| Atlanta, Georgia 30303 | |
| Telephone: (404) 410-7998 | Counsel for Defendants |
| Facsimile: (404) 855-4066 | |
| john@maysandkerr.com | |

Andrew Coffman
Harlan S. Miller, III, Esq.
PARKS, CHESIN & WALBERT, P.C.
75 14th Street, 26th Floor
Atlanta, Georgia 30309
Tel: (404) 873-8000
acoffman@pcwlawfirm.com
hmiller@pcwlawfirm.com

Mutepe Akemon, Esq.
THE RICHARDS LAW GROUP, LLC
P.O. Box 360295
Decatur, GA 30036
404.289.6816 (O)
404.795.0727 (F)

Counsel for Plaintiffs