# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

SAMETHA GLEN, et al.,

                Plaintiffs,

    v.

GALARDI SOUTH ENTERPRISES,
INC., et al.,

                Defendants.

1:13-cv-3670-WSD

## ORDER

The parties have advised the Court that the above case has settled, and that the parties plan to submit a motion for approval of their settlement to the Court on or before December 18, 2015. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED** this 16th day of November, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE