Settlement Agreement
Attachment A

| Plaintiff | | Share of Proceeds* | Net Proceeds | Initial Pymt | Monthly |
|---|---|---|---|---|---|
| Adamopoulos | Alicia | 2.38% | $ 5,647.89 | $ 1,189.39 | $ 148.62 |
| Baker | Angie | 4.44% | $ 10,535.48 | $ 2,218.66 | $ 277.23 |
| Butler | Keyanna | 6.75% | $ 16,020.45 | $ 3,373.74 | $ 421.56 |
| Cherubin | Barbara | 4.01% | $ 9,521.76 | $ 2,005.18 | $ 250.55 |
| Davis | Sidnei | 3.74% | $ 8,870.08 | $ 1,867.95 | $ 233.40 |
| Glenn | Samtha | 8.17% | $ 19,387.46 | $ 4,082.80 | $ 510.16 |
| Gryzwacz | Sarah | 4.32% | $ 10,245.84 | $ 2,157.67 | $ 269.61 |
| Hardin | Lindsay | 2.62% | $ 6,227.16 | $ 1,311.38 | $ 163.86 |
| Harper | Dana | 4.05% | $ 9,612.27 | $ 2,024.25 | $ 252.93 |
| Holdorf | Deborah | 5.87% | $ 13,938.69 | $ 2,935.35 | $ 366.78 |
| Melton | Teresa | 7.37% | $ 17,486.72 | $ 3,682.53 | $ 460.14 |
| Pace | Tamecia | 6.04% | $ 14,336.94 | $ 3,019.21 | $ 377.26 |
| Simmons | Amber | 8.18% | $ 19,423.66 | $ 4,090.42 | $ 511.11 |
| Spencer | Natasha | 11.15% | $ 26,465.42 | $ 5,573.35 | $ 696.40 |
| Anderson | Tashe | 1.66% | $ 3,946.28 | $ 831.05 | $ 103.84 |
| Colbert | Lakeisha | 2.17% | $ 5,141.02 | $ 1,082.65 | $ 135.28 |
| Finks | Nancy | 7.12% | $ 16,907.45 | $ 3,560.54 | $ 444.90 |
| Omegiate | Sasha | 2.55% | $ 6,046.13 | $ 1,273.25 | $ 159.10 |
| Parsons | Julie | 7.44% | $ 17,667.75 | $ 3,720.65 | $ 464.90 |
| | | **100%** | **$ 237,428.45** | **$ 50,000.00** | **$ 187,428.45** |

* Share of proceeds is based on the total number of shifts worked …

| Summary of Expenses and Fees | | | |
|---|---|---|---|
| **Firm** | | **Expenses** | **Fees** |
| Mays & Kerr | | $ 4,580.35 | |
| Parks, Chesin & Walbert | | $ 841.20 | |
| Harlan Miller | | $ 1,750.00 | |
| Mutepe Akemon | | $ 400.00 | |
| **TOTAL** | | **$ 7,571.55** | **$105,000.00** |